# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Armando Bermudez, et al.

                                          Plaintiff,

v.                                                                                     Case No.: 1:23−cv−03337
                                                                                            Honorable Sunil R. Harjani

The Chefs' Warehouse Midwest, LLC

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 21, 2024:

       MINUTE entry before the Honorable Sunil R. Harjani: For the reasons stated in the Order entered this day, Defendant's motion for judgment on the pleadings [50] is granted and the complaint is dismissed with prejudice. Final judgment is entered in favor of Defendant. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.