# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Armando Bermudez, et al.,

Plaintiff(s),

v.

The Chef's Warehouse Midwest, LLC.

Defendant(s).

Case No. 23 C 3337
Magistrate Judge Sunil R. Harjani

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is entered in favor of Defendant and against Plaintiffs. The Court finds that Defendant's motion [50] must be granted based on the collective bargaining agreements between Plaintiffs and Defendant and the statute of limitations. Final judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Harjani on Defendant's motion for judgment on the pleadings [50].

Date: 11/21/2024                             Thomas G. Bruton, Clerk of Court

                                             Lynette Santiago, Deputy Clerk